■ JEAN M. AFTUCK, Respondent, v MICHAEL D. AFTUCK, Defendant, and FRANCIS ROGERS, Appellant.—Appeal from a judgment of the Supreme Court in favor of plaintiff, entered April 4, 1985 in Broome County, upon a decision of the court at Trial Term (Kuhnen, J.), without a jury.

Judgment affirmed, with costs, upon the decision of Justice Richard F. Kuhnen at Trial Term. Kane, J. P., Main, Weiss, Mikoll and Yesawich, Jr., JJ., concur.